IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. **1:24-CR-**13-MR-WCM |
| ) | |
| v. ) | **Filed Under Seal** |
| ) | |
| ARIC RASHAD HARPER ) | FILED<br>ASHEVILLE, NC |
| ) | APR 02 2024 |

**ORDER TO SEAL**

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

UPON MOTION of the United States of America for an order directing that the Bill of Indictment, the Arrest Warrant, and all related motions or orders issued be sealed,

**IT IS HEREBY ORDERED** that the foregoing materials are sealed.

SO ORDERED on this 2nd day of April 2024.

_____
THE HONORABLE W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA